RECEIVED
FEB - 1 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD D. MENYWEATHER, Petitioner | CIVIL ACTION NO. 1:17-CV-986-P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 8), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the § 2241 petition is DENIED and DISMISSED, without prejudice to seeking judicial review once the claim has been exhausted.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 1st day of February, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE